## FOSTER v. STATE.

(Court of Criminal Appeals of Texas. Jan. 17, 1912.)

CRIMINAL LAW (§ 1023*)—APPEAL—NECESSITY OF JUDGMENT.

An appellate court cannot review a conviction, where there was no judgment entered below.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2583; Dec. Dig. § 1023.*]

Appeal from District Court, Bastrop County; Ed. R. Sinks, Judge.

---

Uriah Foster was convicted of murder in the first degree, and he appeals. Dismissed.

J. B. Price and John T. Duncan, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The appellant in this case was convicted for murder in the first degree; his penalty being assessed at life imprisonment in the penitentiary.

The Assistant Attorney General has filed a motion to dismiss the appeal, because there was no judgment entered in the lower court. The motion to dismiss the appeal is granted. See Jones v. State, 43 Tex. Cr. R. 419, 66 S. W. 559; Mayfield v. State, 40 Tex. 290; Mirelles v. State, 13 Tex. App. 346; Dent v. State, 59 S. W. 267.

The appeal is therefore dismissed.